AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| PAUL RUSESABAGINA, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00469 |
| THE REPUBLIC OF RWANDA, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paul Rusesabagina, Taciana Mukangamije, Anaise Umubyeyi Kanimba, Aimee-Lys Rusesabagina, Carine Izere Kanimba, Amiee-Diane Rusesabagina, Tresor Rusesabagina, and Roger Aime Rusesabagina.

Date: 02/23/2022

/s/ John Arthur Eaves, Jr.
*Attorney's signature*

JOHN ARTHUR EAVES, JR. (DC Bar #432137)
*Printed name and bar number*

Eaves Law Firm, LLC
101 North State Street
Jackson, Mississippi 39201
*Address*

johnjr@eaveslawmail.com
*E-mail address*

(601) 355-7961
*Telephone number*

(601) 355-0530
*FAX number*