UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSESABAGINA, et al., | ) |
| | ) |
| Plaintiffs, | ) CA NO.: 22-469 |
| | ) |
| v. | ) |
| | ) |
| REPUBLIC OF RWANDA, et al. | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE OF EDWARD MACALLISTER**

To the Clerk of this Court and all parties of record, please enter the appearance of the following counsel for Plaintiffs:

**/s/ Edward B. MacAllister**
Edward MacAllister (No. 494558)
PERLES LAW FIRM, PC
816 Connecticut Avenue, NW
12th Floor
Washington, DC 20006
Telephone: (202) 955-9055
emacallister@perleslaw.com

Dated February 23, 2022            Respectfully submitted,

**/s/ Edward B. MacAllister**
Edward MacAllister (No. 494558)
PERLES LAW FIRM, PC
816 Connecticut Avenue, NW
12th Floor
Washington, DC 20006
Telephone: (202) 955-9055
emacallister@perleslaw.com

1