CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Paul Rusesabagina, et al.

_____
Plaintiff(s)

vs.

The Republic of Rwanda, et al.

_____
Defendant(s)

Civil Action No.: 1:22-cv-00469

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

The Republic of Rwanda
c/o Rwandan Ministry of Foreign Affairs and International Cooperation
Dr. Vincent Biruta
23WM+5HX
Kigali, Rwanda

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☑ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): n/a, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Steven R. Perles
(Signature)

Steven R. Perles (DC Bar # 326975)
Perles Law Firm, PC
816 Connecticut Avenue, NW
12th Floor
Washington, D.C. 20036

(Name and Address)