22cv469



FedEx Ship Manager - Print Your Label(s)

ORIGIN ID:BZSA          (202) 955-9055
EMILY AMICK

816 CONNECTICUT AVE
12TH FLOOR
WASHINGTON, DC 20006 US
SIGN: EMILY AMICK

TO DR. VINCENT BIRUTA
MINISTRY OF FOREIGN AFFAIRS
23WM+5HX
MINISTRY OF FOR. AFF. & INT. COOP.
KIGALI

250599128
INV:
PO:                          REF:
                             DEPT:

SHIP DATE: 01MAR22
ACTWGT: 1.00 LB
CAD: 109647691/INET4460

BILL SENDER
NO EEI 30.37(a)

56DJ3/90B8/FE4A

(RW)

FedEx Express

E

J221022010502UU

PM
INTL PRIORITY

857
LHR

TRK# 7761 7152 6654
0430

X7 KGLA          -RW