## DECLARATION OF Tracy Chapell

COMES NOW, Tracy Chapell, who declares and certifies as follows:

1. I am older than 18-years old and competent to attest to the matters contained in this Declaration.

2. I am employed by Federal Express Corporation (Express) as a Paralegal Specialist. By reason of my position, experience and training, I have knowledge of the following information.

3. The document is a FedEx Delivery Record which shows the signature and printed name of each individual who received a FedEx shipment at each different delivery address, the tracking number of the package delivered to each address, and the date of delivery at the bottom of the page. This Delivery Record was created on March 8, 2022, with the employee signature of "GMV" and employee number of 362255 (hereinafter "delivery record"). FedEx ID number 3622555 is assigned to Jean Marie Nkurunziza, who is associated with a Global Service Participant which contracts with FedEx to provide pickup and delivery services in Rwanda. The Delivery Record is a business record that was made contemporaneously with the time of the occurrence of the delivery described in the document by persons with

knowledge of those matters, was kept and maintained in the course of regularly conducted business activity and was made and kept by FedEx as a regular practice.

4. The delivery record identifies tracking number 7761726654, delivered to "MINAFFET", which, based on my review of publicly available information, is the acronym for the Rwandan Ministry of Foreign Affairs and International Cooperation, at the delivery address listed on the package. According to the relevant records, the package was signed for by "Rusen" at the reception/front desk for MINAFFET. The address for the package is the Minister of Foreign Affairs. It is FedEx policy to deliver a package to the addressee or to the person authorized to receive packages by the addressee.

Respectfully submitted,

Date: April 18, 2022

Tracy Chapell
3620 Hacks Cross Road, Bldg B 3rd Floor
Tracy.Chapell@fedex.com
901-205-6405