# FedEx DELIVERY RECORD

I hereby certify that all information contained on this Delivery Record is accurate and correct. I also understand the applicable policies and procedures for completion of these Company documents. Falsification is a serious offense and grounds for immediate termination.

Employee Signature: GMV
Employee Number: 3622555

| # | Signature | Print Name | Sender's Account Number | Package Tracking Number | Recipient Address |
|---|---|---|---|---|---|
| 1 | (sig) | Christiane | | 270219552717 | NEXT GLOB LTD |
| 3 | (sig) | Ruyema J.C | | 270371449428 | U.S EMBASSY |
| 5 | (sig) | Scovia K | | 776127815144 | ONE ACRE FUND RWANDA |
| 7 | (sig) | [redacted] | | 776171526654 | MINAFFET |
| 9 | (sig) | Vedaste | | 776194409616 | MOTA-ENGIL RWANDA |
| 11 | (sig) | Clarisse 0788470114 | | 270340611041 | NICK HU |
| 13 | (sig) | MUHAWENIMANA (signed) | | 776169915073 | MEDISELL LTD RWANDA |
| 15 | (sig) | Lalit Holaksan 0732023469 | | 776154733052 / 567675310887 | SIMBA IMPORT & EXPORT |
| 17 | (sig) | Carlyle/Sheena Brown | | 270259498293 | BROWN |
| 20 | (sig) | ZILJAD WAFULA 0752029463 | | 270390446696 | WAFURA |
| 22 | (sig) | MUKAMANA Françoise | | 569014074288 | MUKAMANA |
| 24 | (sig) | Beatha | | 651078904726 | ZIMBABWE OF EMBASSY |

EXCEPTIONS: Describe below all exceptions that require clarification. Be certain to indicate line number.

Zip / Postal Code Delivered In:

RECEIVED IN GOOD ORDER EXCEPT AS NOTED.

MO 08 DAY 03 YEAR 2022

FedEx M-0206A REV 6/03  138206 WCS    *Refer to other side for definitions.