FedEx

March 08, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 776171526654

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | RUSEN | **Delivery Location:** | 23WM+5HX |
| **Service type:** | International Priority | | MINISTRY OF FOR. AFF.   INT. COOP. |
| **Special Handling:** | Deliver Weekday | | KIGALI, |
| | | **Delivery date:** | Mar 8, 2022 10:23 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 776171526654 | **Ship Date:** | Mar 2, 2022 |
| | | **Weight:** | 1.1 LB/0.50 KG |

**Recipient:**
DR. VINCENT BIRUTA, MINISTRY OF FOREIGN AFFAIRS
23WM+5HX
MINISTRY OF FOR. AFF.   INT. COOP.
KIGALI, RW,

**Shipper:**
EMILY AMICK,
816 CONNECTICUT AVE
12TH FLOOR
WASHINGTON, DC, US, 20006

Signature Proof of Delivery is not currently available for this Tracking Number.  Availability of signature images may take up to 5 days after delivery date. Please try later, or contact Customer Service at 1.800.Go.FedEx(R) 800.463.3339.

Thank you for choosing FedEx