**FedEx®**

I hereby certify that all information contained on this Delivery Record is accurate and correct. I also understand the applicable policies and procedures for completion of these Company documents. Falsification is a serious offense and grounds for immediate termination.

Employee Signature: G MV
Employee Number: 8622555

**DELIVERY RECORD**

| Signature | Print Name | Sender's Account Number | Package Tracking Number | Recipient Address |
|---|---|---|---|---|
| (sig) | Christiane | | 270219552717 | NEXT GLOB LTD |
| (sig) | Rwigema J.C | | 270371449428 | U.S EMBASSY |
| (sig) | Scovia K | | 776127815144 | ONE ACRE FUND RWANDA |
| (sig) | [redacted] | | 776171526654 | MINAFFET |
| (sig) | Vedaste | | 776194409616 | MOTA-ENGIL RWANDA |
| (sig) | Clarisse 0788470114 | | 270340611041 | NICK HU |
| (sig) | MUHAWENIMANA | | 776169915073 | MEDISELL LTD RWANDA |
| (sig) | Lalit Mahilp... 0732023469 | | 776154733052 / 567675310887 | SIMBA IMPORT & EXPORT |
| (sig) | Carlyle/Sheena Brown | | 270259498293 | BROWN |
| (sig) | ZILJAD WAFULA 0752029963 | | 270390446696 | WAFURA |
| (sig) | MUKAMANA Françoise | | 569014074288 | MUKAMANA |
| (sig) | Beatha | | 651078904726 | ZIMBABWE OF EMBASSY |

EXCEPTIONS Describe below all exceptions that require clarification. Be certain to indicate line number.   Zip / Postal Code Delivered in:

RECEIVED IN GOOD ORDER EXCEPT AS NOTED.

MO 08  DAY 03  YEAR 2022

FedEx M-0206A REV 6/03 138206 WCS   *Refer to other side for definitions.