AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| PAUL RUSESABAGINA, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:22-cv-00469 |
| THE REPUBLIC OF RWANDA, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paul Rusesabagina, Taciana Mukangamije, Anaise Umubyeyi Kanimba, Aimee-Lys Rusesabagina, .
Carine Izere Kanimba, Aimee-Diane Rusesabagina, Tresor Rusesabagina, and Roger Aime Rusesabagina.

Date:     05/04/2022

/s/ Nicholas J. Jacques
*Attorney's signature*

Nicholas J. Jacques (# 1673121)
*Printed name and bar number*

COHEN MILSTEIN
SELLERS & TOLL PLLC
1100 New York Ave., N.W. Ste. 500
Washington, D.C. 20006
*Address*

njacques@cohenmilstein.com
*E-mail address*

(202) 408-4600
*Telephone number*

(202) 408-4699
*FAX number*