UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL RUSESABAGINA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE REPUBLIC OF RWANDA, *et al.*, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: 22-00469 (RJL) |

### **JOINT STATEMENT BY THE PARTIES REGARDING LOCAL RULE 16.3**

The parties hereby jointly represent:

1. The Court's Case Management Order, Dkt. #14 at 1 n.1, requires that if a proceeding is exempt from Local Rule 16.3, the parties shall "jointly prepare and submit a statement to the Court indicating whether they believe the matter will be resolved solely through the filing of dispositive motions and proposing a scheduling timeline for the filing of such motions to the Court."

2. The instant proceeding is currently exempt from Local Rule 16.3 and Federal Rules of Civil Procedure 16 and 26(f) pursuant to Local Rule 16.3(b) because no answer has yet been filed by any named defendant.

3. On May 9, 2022, defendant the Republic of Rwanda ("Rwanda") filed a dispositive Fed. R. Civ. P. 12(b) motion to dismiss (the "Motion") asserting, *inter alia*, a lack of subject matter jurisdiction under the Foreign Sovereign Immunities Act. The parties agree that the matter may be resolved as to defendant Rwanda through the Motion because the dispositive issue of the Court's subject matter jurisdiction over defendant Rwanda will necessarily be

1

determined as a result of the Motion, and a lack of subject matter jurisdiction would require dismissal of the Complaint as against Rwanda. The parties propose that plaintiffs' opposition to Rwanda's motion should be filed by June 23, 2022, and Rwanda's reply should be filed not later than July 21, 2022.  Both parties request an oral argument on Rwanda's motion to dismiss.

4. Service remains ongoing against the four individual Defendants, President Paul Kagame, Minister Johnston Busingye, Colonel Jeannot Ruhunga, and Brig. Gen. Joseph Nzabamwita.  Plaintiffs requested that counsel for Rwanda accept service for the four individual Defendants.  Counsel for Rwanda stated: "we are not authorized to accept service of process for any defendant."

May 17, 2022                                                       Respectfully Submitted,

**PERLES LAW FIRM, PC**

*/s/ Edward MacAllister*

Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
816 Connecticut Avenue
12th Floor
Washington, DC 20006
Telephone: 202-955-9055
*Attorney for Plaintiffs*

**ARENTFOX SCHIFF LLP**

**By:** */s/ Michael S. Cryan*

Michael S. Cryan (452527)
Michael.Cryan@afslaw.com
1717 K Street, NW
Washington, DC 200006
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
*Attorneys for Defendant the Republic of Rwanda*