UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL RUSESABAGINA, *et al.*, | ) |
| Plaintiffs, | ) CIVIL ACTION NO.: 22-00469 (RJL) |
| v. | ) |
| THE REPUBLIC OF RWANDA, *et al.*, | ) |
| Defendants. | ) |

### [Proposed] Order

Upon consideration of Parties' Joint Statement and good cause shown, it is hereby

**ORDERED** that:

Plaintiffs' deadline to file their Opposition to the Republic of Rwanda's Motion to Dismiss is June 23, 2022, and Rwanda's Reply is due not later than 28 days after the filing of the Opposition.

_____
UNITED STATES DISTRICT COURT JUDGE