UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAUL RUSESABAGINA, *et al.*, | ) |
| Plaintiffs, | ) CIVIL ACTION NO.: 22-00469(RJL) |
| v. | ) |
| THE REPUBLIC OF RWANDA, *et al.*, | ) |
| Defendants. | ) |

**EMERGENCY CONSENT MOTION AND MEMORANDUM
IN SUPPORT FOR EXTENSION OF TIME
TO RESPOND TO THE REPUBLIC OF RWANDA'S MOTION OF TO DISMISS**

Plaintiffs respectfully move the Court for an Order extending Plaintiffs' time to respond to the defendant the Republic of Rwanda's ("Rwanda") Motion to Dismiss ("Motion") to June 23, 2022. Counsel for Rwanda consents to this request provided that Rwanda's Reply is due not later than 28 days after the filing of the Opposition. Plaintiffs consent to this request.

On May 9, 2022, defendant Rwanda filed a dispositive Fed. R. Civ. P. 12(b) Motion asserting, *inter alia*, a lack of subject matter jurisdiction under the Foreign Sovereign Immunities Act. Counsel for the parties stated these proposed deadlines in a joint statement filed in this case on May 17, 2022, but file this consent motion out of an abundance of caution in view of the upcoming deadline.

Currently Plaintiffs' Opposition is due May 23, 2022. This is Plaintiffs' first request for an extension in this case, and this extension will not affect any other deadline in this case.

Counsel for Plaintiffs require more time to prepare a response due to previous obligations in other cases. Furthermore, two of Plaintiffs' attorneys (at least) have tested positive for COVID in the past week. Among other obligations, counsel for Plaintiffs is preparing for

1

intensive discovery in Kenya lasting from May 22, 2022 to June 1, 2022. Counsel for Plaintiffs has been preparing to meet a deadline to begin ESI production in another case on May 19, 2022.

    For these reasons, we respectfully request that the Court grant this consent motion for an extension of time, to and including June 23, 2022, within which to respond to the Rwanda's Motion to Dismiss, and that Rwanda have 28 days within which to respond.

May 18, 2022                                                                 Respectfully Submitted,

PERLES LAW FIRM, PC

*/s/ Edward MacAllister*

Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
816 Connecticut Ave.
12th Floor
Washington, DC 20006
Office: 202-955-9055
*Attorney for Plaintiffs*