Exhibit B




**REPUBLIC OF RWANDA**
**NATIONAL PUBLIC PROSECUTION AUTHORITY**
**ORGANE NATIONAL DE POURSUITE JUDICIAIRE**
**UBUSHINJACYAHA BUKURU**

P.O. Box : 1328 KIGALI-RWANDA

E-mail : info@nppa.gov.rw   Website : www.nppa.gov.rw

# INTERNATIONAL ARREST WARRANT

## PROSECUTOR

## Vs.

## Paul RUSESABAGINA

Request from the Republic of Rwanda, to the Kingdom of Belgium for the arrest and Extradition of **Paul RUSESABAGINA**

### File N° RONPJ 0664/10/KGL/NM

I, **Jean Bosco MUTANGANA**, Prosecutor General of the Republic of Rwanda;

- Pursuant to Article 142 of the Constitution of the Republic of Rwanda of 2003 revised in 2015 states that the National Public Prosecution Authority is responsible for investigating and prosecuting offences throughout the country.
- Basing on Organic Law N° 01/2012/OL of 02/05/2012 Instituting the Penal Code of Rwanda (2012) especially in its Articles 98 (1°-3°) concerning Offenders, Co-offenders and Accomplices, and Article 99 with regard to the punishment of Accomplices;
- Basing on Article Articles 114 (1), 120, (1) & (2), 123, 133, 459, 466 (3), 497, 499 & 500 of the Penal Code of Rwanda (2012);
- Basing on law *number 48/2008 of 9th* September 2008 Relating to Counter Terrorism in Rwanda;
- Recalling Article 2, 15, 27 (1), 33 (1) of Organic Law N° 04/2011/OL of 3rd October 2011 Determining the Organization, Functioning and Competence of the National Public Prosecution Authority;
- Recalling Article 98, 2° and 3° of the Penal Code of Rwanda (2012) on the well-defined terms concerning Co-offenders and Accomplices.
- Pursuant to the authority stipulated in Article 41 of Law No 30/2013 of 24/05/2013 relating to the Code of Criminal Procedure;
- Basing on article 50 of Law No 30/2013 of 24/05/2013 relating to the Code of Criminal Procedure which authorizes the Prosecutor General to issue an international arrest warrant;

Hereby issue this international arrest warrant for the arrest of suspect with the following identity and picture shown hereunder:



### A. IDENTITY OF THE SUSPECT

1) **Names:** Paul RUSESABAGINA

2) **Latest title/assignment:** President of a Terrorist/Rebel organization called *Movement Rwandais pour le Changement Democratique* (MRCD) that has declared war on Rwanda with bases in the Democratic Republic of Congo (DRC).

3) **Latest/Last location:** Brussels, Belgium Tel: +33675318541, email contact@mrcd-ubumwe.org

4) **Date of birth:** 15/06/1954

5) **Place of Birth:** Murama, Gitarama, Republic of Rwanda

6) **Nationality;** Rwandan/Belgian

7) **Position/Rank held in Rwanda in 1994: Hotel Manager**

8) **Current position;** Head of MRCD a coalition of armed forces fighting the government of Rwanda and founder of PDR-IHUMURE

9) **Significant actions/activities within MRCD:** Political Head, Chief mobiliser.

B. **CHARGES**

**Count 1: Formation of an irregular armed group**

- The Prosecutor charges Paul RUSESABAGINA with the crime of forming an irregular armed group contravening Article 459 of the Penal Code of Rwanda (2012). In that, between 2011 and 2018, the suspect, with intent to fight a legitimate government of the Republic of Rwanda, carried out recruitments, incited and made agreements with armed groups other than the regular forces of the state, remunerated these irregular forces, armed them, became their political ideologue and campaigner, threatened the security of Rwanda with his MRCD/FNL political and armed forces based in Burundi, Democratic Republic of Congo and Belgium.

**Count 2: Complicity in a terrorist act**

- The Prosecutor charges Paul RUSESABAGINA of complicity in a terrorist act, contravening article 499 of the penal code. In that, between the periods mentioned herein, in consort with other actors notably armed forces of *Forces National de Liberation* (FLN) with a common purpose, the suspect deliberately assisted in terrorist acts against the people and the Republic of Rwanda by launching armed attacks against the territory of the Republic of Rwanda.

**Count 3: Terrorism under the command of a terrorist group**

- The Prosecutor charges Paul RUSESABAGINA with terrorism under the command of a terrorist group as provided by article 500 of the Penal

Code of Rwanda (2012). In that, between the dates mentioned herein and particularly between 19th June 2018 and 3rd July 2018, the suspect, with intent to collaborate with a terrorist group aimed at launching attacks against the legitimate government of the Republic of Rwanda, collaborated, aided and abetted a terrorist group in his interests, or the interests of the group, as a leader of this group known as MRCD/FLN forces and played a significant role in commanding and directing terrorist attacks against the Republic of Rwanda particularly in the areas of Nyabimata and Kivu Sectors in Nyaruguru District, Southern Province in the Republic of the Rwanda.

**Count 4: Terrorism**

- The Prosecutor charges Paul RUSESABAGINA with terrorism and terrorist acts contravening article 497 of the Penal Code of Rwanda (2012). In that, between 2011 and 2018, the suspect, with intention to commit or threaten to commit acts aimed leading state organs to change their functioning by killing, injuring or threatening the population by use of any means that may kill or injure a person (s) and by use of extremism and ideological violence against the people and the state of Rwanda. He deliberately did these acts by violation of the Rwandan criminal laws with intention to endanger the life, physical integrity or freedoms of, or cause serious injury or death to, any person, any number of group of persons, or causes or may cause damage to public or private property, calculated and intended to intimidate, put in fear, force, coerce or induce the Government of Rwanda or the general public, to do or refrain from doing or to adopt or abandon any particular

standpoint, contravening article 2(4)(1) of law number 46/2018 of 13th August 2018 on Counter Terrorism.

**Count 5: Committing terrorism for political purposes**

- The Prosecutor charges Paul RUSESABAGINA with committing terrorism for political purposes contravening article 524 of the Penal Code. In that, between 2018 and 2018, Paul RUSESABAGINA, in command of MRCD armed wing known as FLN, with others, committed or attempted to commit acts of terrorism for political purposes, with intent to cause public organs to change their functioning.

**Count 6: Giving orders in an act of terrorism**

- The Prosecutor charges Paul RUSESABAGINA with the crime of giving orders in an act of terrorism, a crime provided and punished by article 501 of the Penal Code of Rwanda (2012). In that, between the period mentioned herein, knowingly ordered other persons, directly or indirectly, to act under his orders and in collaboration with a group of terrorist under the MRCD/FLN umbrella terror activities against the sovereignty of the Republic of Rwanda.

**Count 7: Membership in a terrorist organization**

- The Prosecutor charges Paul RUSESABAGINA with the crime of being a member in a terrorist organization known as MRCD/FLN. In that, on the dates mentioned herein, as a leader of MRCD/FLN, a rebel outfit based in DRC with offices in Brussels, Belgium, and having different members and branches with intention to harm, kill, and destabilize the people and the country of Rwanda, joined, led and accepted to be a member of a terrorist organisation, contravening article 503 of the Penal Code of

Rwanda (2012); and article 18 of law number 46/2018 on counter terrorism in Rwanda.

## Count 8: Conspiracy and incitement to commit terrorism

- The Prosecutor charges Paul RUSESABAGINA with conspiracy and incitement to commit terrorism. In that, between the dates mentioned herein, the suspect conspired, mobilized others to commit or attempted to commit acts of terrorism directly or indirectly, against the people and the Republic of Rwanda contravening article 518 of the Penal Code of Rwanda (2012).

## Count 9: Murder

- The Prosecutor charges Paul RUSESABAGINA with murder. In that, between the dates mentioned herein, the suspect, in consort with members of a terror organization called MRCD/FLN, intentionally killed a number of persons in Nyabimata sector, Nyaruguru district, Southern Province, Rwanda, contravening article 140 of the Penal Code of Rwanda (2012).

## Count 10: Punishable attempt to commit murder

- The Prosecutor charges Paul RUSESABAGINA with attempt to commit murder. In that, between the dates mentioned herein, the suspect, in consort with members of a terror organization called MRCD/FLN, intentionally attempted to commit an offence of murder, which was demonstrated by observable and unequivocal acts constituting the beginning of the offence meant to enable the commission of the crime, and that were suspended or either failed in their purpose only because of circumstances beyond the offender's control contravening article 27 of the Penal Code of Rwanda (2012).

**Count 11: Armed robbery and complicity to aggravated armed robbery**

- The Prosecutor charges Paul RUSESABAGINA with armed robbery and complicity to commit aggravated armed robbery, in that, between the dates mentioned herein in consort, command and control of other members of the terror organization MRCD/FLN, the suspect aided and abetted armed robbery which was committed by more than one person carrying a gun(s) and used it in the commission of the crime and committed by an organized criminal gang that attacked the Republic of Rwanda from Neighboring Republic of Burundi in areas of *Nyabimata* and *Kivu* between 1st and 3rd July 2018, contravening articles 304 and 305 of the Penal Code.

**Count 12: Inciting insurrection or trouble amongst the population**

- The Prosecutor charges Paul RUSESABAGINA with inciting insurrection or trouble among the population. In that, between the dates mentioned herein, the suspect by use of various means of communication, meetings in public places or writings displayed to the public, knowingly spread rumors and incited or attempted to incite the population against established government of the Republic of Rwanda and attempted to incite citizens to turn against each other and attempted to alarm the population with intention to cause trouble on the territory of the Republic of Rwanda contravening article 463 of the Penal Code of Rwanda (2012).

**Count 13: Arson**

- The Prosecutor charges Paul RUSESABAGINA with *Arson*, in that, on the dates mentioned herein particularly during the armed attacks on Nyabimata village in Gisagara District, Soutern Province, the suspect, in furtherance of the plan to distabilise the security of Rwanda, willfully set fire, or otherwise aided and abetted the arson to vehicle(s) and property, contravening Article 398 of the Penal Code.

**C.  FACTS TO SUPPORT ABOVE CHARGES**

1. Paul RUSESABAGINA is one of the founders of MRCD. MRCD which was formed on 4th July 2017 is a coalition based on an agreement between Paul RUSESABAGINA of *Parti pour la Democratie au Rwanda (PDR – Ihumure) and* Wilson IRATEGEKA of *Conseil National pour le Renouveau et la Democratie* (CNRD - Ubwiyunge). The agreement brought together the two organisations, PDR-Ihumure being political while CNRD a military organization to form a synergized MRCD.

2. On 18th March 2018, the coalition was joined by another organization called Rwandese Revolutionary Movement (RRM) led by Callixte NSABIMANA alias SANKARA. After the merger of the three organisations, the leaders of MRCD were indicated as; Paul Rusesabagina (President), Wilson IRATEGEKA (1st Vice President), Callixte NSABIMANA alias Sankara (2nd Vice President and Spokesman for FLN the armed wing of MRCD).

3. MRCD being a politico-military amalgamation as indicated above, it formed its military wing and called it *Force de Liberation Nationale* (FLN) that is mainly composed of elements that belong to CNRD.

4. The Headquarters of FLN were reportedly located in South Kivu and commanded by Major General Hamada Habimana alias Mulamba Junior, Adino, Chris Tumusifu.

5. The leadership of FLN was confirmed by Callixte NSABIMANA alias SANKARA in the Media, shortly after an attack that was conducted by FLN in Nyabimata sector, Nyaruguru District, Southern Province on the night of 19th-20 June 2018.

6. On 3rd July 2018 at around midnight, fighters of MRCD-FLN arrived in Nyaruguru District, Nyabimata sector, Mushungero cell, Mishungero Village at a cowshed of one Tharcisse NKURIKIYINKA; and asked him how long it would take to reach Nyabimata sector, Mujeni trading centre, and the distance to Nyabimata tea factory. They also asked him the SACCO nearest to the factory; whether the factory guards were armed with guns; where the military camp is; and they asked for food which he provided to them and then asked him to go and show them Nyungwe National Park wardens.

7. On 19th June 2018 at 23:00hours, MRCD-FLN fighters carried out acts of terror in Nyaruguru District in Nyabimata Secttor, Nyabimata Cell in Nyabimata Village and killed three people namely: Fidel Munyaneza the President of the Sector's advisory council, Anatole Maniraho, the headmaster of Nyabimata Groupe Scolaire; but Joseph Habarurema was shot in the back and the bullet went through the body was taken to the hospital and died later.

8. On the same date, they shot and wounded Vincent Nsengiyumva, Nyabimata's Executive Secretary, Antoine Karerangabo and Viateur Habimana as can be seen in the official medical reports.

9. Again, in this attack, MRCD-FLN fighters set on fire one Toyota RAV4 RAD 802 belonging to Vincent Nsengiyumva, Executive secretary of Nyabimata sector and the house where he lived and burnt down a motorcycle N° TVS RD which belonged to one Jean Marie Vianney HAVUGIMANA, set the counter and the chairs in the bar of on fire, set on fire a solar device which generates electricity, they looted shops, stole sugar, beans, alcoholic drinks, money, telephones, and to people's homes and took away domestic animals.

10. In furtherance of this attack, FLN terrorists under the command of Paul RUSESABAGINA also destroyed infrastructure including the SACCO building when trying to steal the money that was kept inside, they broke the door of the building, tried to force the safe open but failed. After looting, they took some people as hostages who carried their loot to Nyungwe forest.

11. On 01st July 2018, MRCD-FLN fighters returned to Nyabimata sector broke the doors of peoples' houses, beat them up, and stole food stuffs, domestic animals, money, telephones and clothing. They also took some people as hostages.

12. On 13th July 2018, MRCD-FLN fighters armed with firearms, once again attacked Nyaruguru district, Kivu sector, Gahulizo Cell, Gasezo Village where they captured four night watchmen namely Theogene Ndayisenga, Innocent Munyeshyaka, Emmanuel Musaha and Minani and tied their arms on their back, they forced them to show them the location of the national army barracks and houses where they could get foodstuffs. They looted foodstuffs and took people hostage.



13. Paul RUSESABAGINA, as the leader of MRCD coalition, whose forces attacked the Republic of Rwanda, is responsible for all criminality that has been committed against the people and the Government of the Republic of Rwanda.

14. After the above-mentioned attacks, Callixte Nsabimana alias Sankara, who is the spokesman of the MRCD [Rwandese Movement for Democratic Change] made arrangements with international broadcasting organizations VOA and BBC and even Youtube and boasted that those attacks were those of the Force de la Libération Nationale [FLN], led by one Hamada Habimana which was founded by the MRCD.

15. Callixte Nsabimana alias Sankara, the spokesman for MRCD under Paul RUSESABAGINA's leadership boasted in these words: *"Our objective is to topple the Government of Rwanda through an armed struggle; this is the beginning of the war we have declared; that is the choice we have made till we topple the Government of Rwanda which is led by a clique; I do not care even if it means death; I Sankara I am not afraid; I prepared the struggle well and it will not stop."*

16. The above facts are clear from various communiqués (communiqué of 04/07/2017, communiqué N°2018//03/01, communiqué N°2018/07/01), and also on website www.mrcd-ubumwe.org.

17. The formation of an armed group FLN was given clear responsibilities of removing the Government of Rwanda by arms. The merger of these organisations have a clear and collective objective under the leadership of Paul RUSESABAGINA among other executives

mentioned herein, both in the political and military wing coordinated and led by Paul RUSESABAGINA. This terror network has since established its military bases in DRC, Kivu Province close and with proximity to Rwanda to make their objective easy to attain.

18. In the preceding dates of the attack, Paul RUSESABAGINA, Hamada, IRATEGKA, NSABIMANA Callixte alias SANKARA and others, planned, and hatched a plan to wage an armed war against the Republic of Rwanda and started launching attacks against its territory. The leaders of MRCD made a plan from outside the country (Burundi), and prepared an armed group, looked for weapons, trained, collaborated with foreign armies (Burundi), made a plan at different times to invade Rwanda.

19. He formed/accepted to lead the PDR *Ihumure* group so that it may join other groups which formed the MRCD. He accepted to be the President of the MRCD after it was formed and appointed other MRCD and FLN leaders and assigned them tasks. He further coupled this with sourcing for weapons to arm FLN fighters and issued superior commander's intent and mission and directives on staging attacks in Rwanda.

20. Paul RUSESABAGINA also collaborated with a neighboring foreign country (Burundi) in seeking a passage for FLN fighters from the DRC, Kivu Province through Burundi, and stage attacks in Nyaruguru District in Rwanda, a district which shares borders with Cibitoke Province in Burundi. He was heard on radio Itahuka admitting that FLN staged attacks in Nyaruguru District and incited Rwandan youth in general to take up arms.

In view of the above therefore; the Prosecutor General of the Republic of Rwanda requests thereof, that with the available evidence related to facts concerning the suspect as detailed in the extradition request and this International Arrest Warrant, through the existing International Cooperation in Criminal matters between the Republic of Rwanda and the Kingdom of Belgium, as well as INTERPOL Channels, order all bailiffs or Public Order Agents to arrest on behalf of the Republic of Rwanda and take into custody, while awaiting extradition process to Rwanda, Mr. Paul RUSESABAGINA currently thought to be residing in the Kingdom of Belgium.

Done at Kigali, in the Republic of Rwanda on 9th November 2018



**Jean Bosco MUTANGANA**

**Prosecutor General**





NOTARY
UWAMAHORO Clementine



Seen to certify the signature of Mr/Mrs ...Jean Bosco
Hereby appended
On ...12-NOV-2018... MUTANGANA