UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL RUSESABAGINA, *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>THE REPUBLIC OF RWANDA, *et al.*,<br><br>Defendants. | Civil Action No.: 22-00469 (RJL) |

### [PROPOSED] ORDER

Having considered Defendant Republic of Rwanda's Motion to Dismiss the Amended Complaint in the instant action and all papers in support thereof; any Opposition filed by Plaintiffs, and all papers in support thereof; and any Reply filed in support of the Motion to Dismiss, and all papers in support thereof; and for good cause shown, it is hereby

ORDERED that Motion to Dismiss is hereby GRANTED in its entirety. Plaintiffs' Amended Complaint is dismissed with prejudice as to Defendant Republic of Rwanda.

_____
Hon. Richard J. Leon
United States District Judge

Date: _____, 2022