UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL RUSESABAGINA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO.: 22-00469(RJL) |
| ) | |
| v. ) | |
| ) | |
| THE REPUBLIC OF RWANDA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION AND MEMORANDUM
IN SUPPORT FOR EXTENSION OF TIME
TO RESPOND TO THE REPUBLIC OF RWANDA'S
SECOND MOTION OF TO DISMISS**

Plaintiffs respectfully move the Court for an Order extending Plaintiffs' time to respond to the defendant the Republic of Rwanda's ("Rwanda") new Motion to Dismiss ("Motion") to August 1, 2022. The position of counsel for Rwanda on this request is as follows, "[w]e take no position on your motion for an extension and will defer to the Court's scheduling preferences."

On May 9, 2022, Defendant Rwanda filed a dispositive Fed. R. Civ. P. 12(b) Motion asserting, *inter alia*, a lack of subject matter jurisdiction under the Foreign Sovereign Immunities Act. With Rwanda's consent, Plaintiffs moved for a 45-day extension of time to respond to that motion, which the Court granted on May 19, 2022.

In view of important factual developments which occurred after the filing of their first complaint, Plaintiffs thereafter filed an amended complaint on May 31, 2022. The amended complaint also added two new claims against Rwanda. Rwanda consequently filed a new dispositive Fed. R. Civ. P. 12(b) Motion asserting, *inter alia*, a lack of subject matter jurisdiction under the Foreign Sovereign Immunities Act on June 14, 2022. Rwanda's new motion to dismiss added ten new pages of argument.

1

Plaintiffs' response is currently due on June 28, 2022. This is Plaintiffs' first request for an extension in response to Rwanda's current motion to dismiss and second request for an extension in this case. This extension will not affect any other deadline in this case, thus the extension will not prejudice any of the parties. Service on the remaining individual Rwandan government official Defendants remains ongoing as counsel for Rwanda has refused to accept service on their behalf. Counsel for Plaintiffs require more time to properly respond to Rwanda's new arguments—Rwanda has added ten new pages of argument to its new motion to dismiss—and due to ongoing obligations in other cases.

Counsel for Plaintiffs also inquired whether counsel for Rwanda would nonetheless have a preferred filing date for Rwanda's reply, should the Court grant this motion for an extension. At the time of this filing, counsel for Rwanda has not responded, thus Plaintiffs suggest utilizing the period of time requested by counsel for Rwanda when they consented to Plaintiffs' first request for an extension.

For these reasons, Plaintiffs respectfully request that the Court grant this consent motion for an extension of time, to and including August 1, 2022, within which to respond to the Rwanda's Motion to Dismiss, and that Rwanda have 28 days within which to respond.

June 17, 2022                                                                 Respectfully Submitted,

PERLES LAW FIRM, PC

*/s/ Edward MacAllister*

Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
816 Connecticut Ave.
12th Floor
Washington, DC 20006
Office: 202-955-9055
*Attorney for Plaintiffs*