UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL RUSESABAGINA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE REPUBLIC OF RWANDA, *et al.*, <br><br> Defendants. | CIVIL ACTION NO.: 22-00469 (RJL) |

### [Proposed] Order

Upon consideration of Parties' consent motion for an extension of deadlines related to the pending Motion to Dismiss and good cause shown, it is hereby

**ORDERED** that:

Plaintiffs' deadline to file their Opposition to the Republic of Rwanda's Motion to Dismiss is August 1, 2022, and Rwanda's Reply is due not later than 28 days after the filing of the Opposition.

_____
UNITED STATES DISTRICT COURT JUDGE

1