CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

PAUL RUSESABAGINA, et al.,

_____
                    Plaintiff(s)

vs.                                           Civil Action No.: CA 22-469 (RJL)

THE REPUBLIC OF RWANDA, et al.,

_____
                      Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Paul Kagame
President Republic of Rwanda
Office of the President
53 KG 7 Avenue
Kigali, Rwanda

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☑ Fed Ex

pursuant to the provisions of: (check one)
- ☑ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

~~I certify that this method of service is authorized by the domestic law of (name of country): _____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.~~

                                                /s/ Nicholas Jacques
                                                    (Signature)

Nicholas Jacques (D.C. Bar #1673121)
Cohen Milstein Sellers & Toll PLLC
New York Ave., NW Suite 500
Washington. D.C. 20005

                                                     (Name and Address)