# COHEN MILSTEIN

Nicholas Jacques
(202) 408-3675
(202) 408-4699
NJacques@cohenmilstein.com

June 24, 2022

The Clerk of the Court
United States District Court for the District of Columbia

    Re:    *Civil Action No. 1:22-469*

To the Clerk of the Court:

    I submit this letter to provide further explanation about the four affidavits I have filed requesting foreign mailing in the above-referenced action. In each affidavit, I have struck out the certification from the Court's form affidavit stating that I have obtained information on the receiving country's service laws from the Overseas Citizen Services, U.S. Department of State.

    On inquiry to the Department of State, I was informed that the Overseas Citizen Services cannot provide this sort of information and that the State Department has previously informed the Court of this issue. In a call to the Clerk's Office Civil Desk on June 23, 2022, I was told to "bypass" this certification on the form affidavit. I struck out the certifications to comply with this instruction and clarify that I am not providing the certification included on the Court's form affidavit.

    If you have any questions or there are any issues, please contact me at 202-408-3675 or njacques@cohenmilstein.com.

Sincerely,

*[signature]*

Nicholas J. Jacques