CO 939
Rev. 12/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

PAUL RUSESABAGINA et al
_____
Plaintiff(s)

vs.                                                                 Civil Action No.: 22-cv-00469-RJL

REPUBLIC OF RWANDA et al
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the 29th day of June, 20 22, I mailed:

1. [X] One copy of the summons and complaint by FedEx, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. [ ] One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. [ ] Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by FedEx, to the U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. [ ] One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By: /s/ Jiselle Manohar
Deputy Clerk