# EXHIBIT 4

**Habyarimana v. Kagame, 133 S.Ct. 1607 (Mem) (2013)**

81 USLW 3458, 81 USLW 3510, 81 USLW 3512

133 S.Ct. 1607
Supreme Court of the United States

Madame HABYARIMANA, in Her Own Capacity and
on Behalf of the Estate of the Deceased President of
Rwanda, Juvenal Habyarimana, et al., petitioners,
v.
Paul KAGAME, President
of the Republic of Rwanda.

No. 12–991.    |    March 18, 2013.

Case below, 696 F.3d 1029.

**Opinion**

Petition for writ of certiorari to the United States Court of
Appeals for the Tenth Circuit denied.

**Parallel Citations**

81 USLW 3458, 81 USLW 3510, 81 USLW 3512

---

**End of Document**

© 2013 Thomson Reuters. No claim to original U.S. Government Works.