# EXHIBIT 6

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-1517

_____

Madame Habyarimana, individually, and for the estate of President of Rwanda, Juvenal Habyarimana; Madame Ntaryamira, individually and for the estate of President of Burundi, Cyprien Ntaryamira

Plaintiffs - Appellants

v.

President Paul Kagame, President of the Republic of Rwanda; Pierre Propser, an individual, conspirator/aider-and-abettor no longer entitled to immunity for official acts; Stephen John Rapp; Ann Fields, William Penn University President; Steve Noah

Defendants - Appellees

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:12-cv-00191-RP)

_____

**JUDGMENT**

The motion of appellees for dismissal of this appeal is granted. The appeal is hereby dismissed. See Eighth Circuit Rule 47A(b).

Appellees' motion for sanctions is denied.

May 24, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans