UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL RUSESABAGINA, *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>THE REPUBLIC OF RWANDA, *et al.*,<br><br>Defendants. | Civil Action No.: 22-00469 (RJL) |

**[PROPOSED] ORDER**

Having considered the Motion filed by His Excellency President Paul Kagame ("President Kagame"), President of the Republic of Rwanda, to Dismiss the Amended Complaint in the instant action as to President Kagame, and all papers in support thereof; any Opposition filed by Plaintiffs, and all papers in support thereof; and any Reply filed in support of the Motion to Dismiss, and all papers in support thereof; and for good cause shown, it is hereby

ORDERED that the Motion to Dismiss is hereby GRANTED in its entirety. Plaintiffs' Amended Complaint is dismissed with prejudice as to President Kagame.

_____
Hon. Richard J. Leon
United States District Judge

Date: _____, 2022