# **APPENDIX A**

## **DECLARATION OF Tracy Chapell**

COMES NOW, Tracy Chapell, who declares and certifies as follows:

1. I am older than 18-years old and competent to attest to the matters contained in this Declaration.

2. I am employed by Federal Express Corporation (Express) as a Paralegal Specialist. By reason of my position, experience and training, I have knowledge of the following information.

3. Exhibit 1 to this declaration is a FedEx Delivery Record from July 6, 2022, which shows the signature and of each individual who received a FedEx shipment at each different delivery address, the tracking number of the package delivered to each address, and the date of delivery at the top of the page. This Delivery Record is a business record that was made contemporaneously with the time of the occurrence of the deliveries described in the document by persons with knowledge of those matters, was kept and maintained in the course of regularly conducted business activity and was made and kept by FedEx as a regular practice.

4. The FedEx Delivery Record attached as Exhibit 1 lists the package associated with tracking number 777224475230 and indicates it was delivered to "Brig. Gen. Joseph Nzabamwita." The package was signed for by "Joseph." The addressee for the

package is Brig. Gen. Joseph Nzabamwita at the National Intelligence Security Service.

5. Exhibit 2 is a FedEx Shipment Information Report for the shipment associated with tracking number 777224475230. The Shipment Information Report identifies the tracking number for a given shipment, the sender, recipient, and delivery date. This Shipment Information Report is business records that was each made contemporaneously with the time of the occurrence of the delivery described in the document by persons with knowledge of those matters, was kept and maintained in the course of regularly conducted business activity and was made and kept by FedEx as a regular practice.

6. The Shipment Information Report attached as Exhibit 2 lists the sender as Cynthia Hunt at 1100 New York Avenue NW, Suite 500, in Washington, DC, and it lists the recipient as Brig. Gen. Joseph Nzabamwita at the National Intelligence Security Service, Kigali, Rwanda. The Shipment Information Report states that this package was delivered on July 6, 2022, to the Secretary General of Rwandan NISS, which publicly available information indicates is an acronym for the National Intelligence Security Service, and that it was signed for by "Joseph."

7. It is FedEx policy to deliver a package to the recipient location designated on the air waybill.

Respectfully submitted,

Date:   July 21, 2022

Tracy Chapell
3620 Hacks Cross Road, Bldg B, 3rd Floor
Memphis, TN 38125
Tracy.Chapell@fedex.com
901-434-8462

3

# **EXHIBIT 1**

**Employee Name:** Guillaume
**Employee ID:**

DD|MM|YY : Le 06-07-2022

| Package Tracking number | Recipient name | Recipient Address | No of Boxes/Doc | Time | Phone number | Signature |
|---|---|---|---|---|---|---|
| 552400690018 | MR JOSEPH | KICUKIRO | 1 | 9:09 | 0788628539 | |
| 274915812401 | BOLLORE | GASABO | 1 | 9:34 | 0768722353 | |
| 777224475230 | BRIG GEN JOSEPH NZABAMITA | GASABO | 1 | 10:29 | 0789732429 | |
| 274734411183 | PACIFIQUE KABANO | GASABO | 1 | 12:03 | 0788802312 | |
| 777217398638 | CHANELLE NKURUNZIZA | GASABO | 1 | 14:08 | 0788829978 | |
| 777230633555 | MR GAETAN | NYERUGENGE | 1 | 14:32 | 0783400658 | |
| 274878185513 | WILLIAM RICE | KN VI ST 34 | 1 | 14:42 | +18052522359 | Rice |
| 749583299321 | Bizimana | " " | 1 | 15:25 | 0789600000 | |
| 274800209815 | Jordan Kaitare | " " | 1 | 15:32 | 0785017293 | |
| 777242944473 | MR DANIEL ROBERT | NYARUGENGE | 1 | 15:58 | 0788538398 | |
| 777217632919 | MR GANESH YADAN | RUSIZI | 1 | 4:00 | 0781484418 / 0788384402 | |

EXCEPTIONS- Describe below all exceptions that require clarification. Be certain to indicate line number.

**RECEIVED IN GOOD ORDER EXCEPT AS NOTED**

Explain;

**Undeliverable pieces;**

No. of pieces that have not received POD

FedEx M-0206A REV 6/03 138206 WSC

# **EXHIBIT 2**



## Shipment Information Report
Track Number and Date Range

Page 1 of 1

**Tracking Number:**    777224475230

### Package Details

| Ship Date | Form Code | Service Base | Service Area | Special Handling Codes | Pickup Courier | Pickup Status | Pickup Location | Destination Location |
|---|---|---|---|---|---|---|---|---|
| 06/29/2022 | 0430 | 01 | PM | 02 | 0003611019 | | WASA | KGLA |

### Shipper

| Name | Company | Address | Customer Number | Reference Number |
|---|---|---|---|---|
| CYNTHIA HUNT | | 1100 NEW YORK AVE NW STE 500W<br>SUITE 500<br>WASHINGTON, DC, 20005<br>US | 783054833 | 10930.001 |

### Recipient

| Name | Company | Address | Customer Number | Bill-to Number |
|---|---|---|---|---|
| BRIG. GEN. JOSEPH NZABAMWITA | NAT'L INTELLIGENCE SECURITY AN | SECRETARY GENERAL OF RWANDAN N<br><br>KIGALI, ,<br>RW | | 783054833 |

### Delivery

| Timestamp | Location | Address | Status Code | Courier | Route |
|---|---|---|---|---|---|
| 07/06/2022 10:29:00 | 01 | SECRETARY GENERAL OF RWANDAN NISS | | 0003622543 | 999 |

### Signature

| Signature release on file? | Device ID | Seconds | Signed For By | Signature Image |
|---|---|---|---|---|
| No | | | JOSEPH | |

[SPOD Letter](#)

Last run on: Jul 13, 2022 12:37 PM