IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL RUSESABAGINA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 22-469 (RJL) |
| ) | |
| v. ) | |
| ) | |
| THE REPUBLIC OF RWANDA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AFFIDAVIT OF SERVICE OF DEFENDANT JEANNOT RUHUNGA**

I, Nicholas J. Jacques, hereby certify under penalty of perjury, this 22nd day of July, that:

1. I am an attorney licensed to practice in the District of Colombia. I represent the Plaintiffs in the above-caption matter.

2. Defendant Jeannot Ruhunga was served on July 5, 2022, via Federal Express, pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii).

3. Rwanda is not a party to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents and no agreement between the United States and Rwanda otherwise prescribes a method of service, so service under Rule 4(f)(2)(C)(ii) is proper.

4. Pursuant to Rule 4(f)(2)(C)(ii), an individual may be served using any form of mail that the Clerk of the Court addresses and sends and that requires a signed receipt.

5. The Clerk of the Court addressed and sent the necessary documents to Defendant Ruhunga via Federal Express waybill #777224843350 (*see* Dkt. 24-4), which was

    received and signed for at Defendant Ruhunga's place of business on July 5, 2022.

6. Federal Express has provided an affidavit, Appendix A, which describes its internal documents, attached as Exhibits 1 and 2 to its affidavit. This affidavit and its attachments demonstrate that Plaintiffs served Defendant Ruhunga on July 5, 2022, as required by Federal Rule of Civil Procedure 4(f)(2)(C)(ii).

7. The summons issued in this case requires Defendant Ruhunga to answer 21 days after Plaintiffs completed service, which means an answer or responsive pleading is due by July 26, 2022.

    I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct to the best of my knowledge.

July 22, 2022                                       */s/ Nicholas J. Jacques*
                                                                   Nicholas J. Jacques