# **APPENDIX A**

## DECLARATION OF Tracy Chapell

COMES NOW, Tracy Chapell, who declares and certifies as follows:

1. I am older than 18-years old and competent to attest to the matters contained in this Declaration.

2. I am employed by Federal Express Corporation (Express) as a Paralegal Specialist. By reason of my position, experience and training, I have knowledge of the following information.

3. Exhibit 1 to this declaration is a FedEx Delivery Record from July 5, 2022, which shows the signature and of each individual who received a FedEx shipment at each different delivery address, the tracking number of the package delivered to each address, and the date of delivery at the top of the page. This Delivery Record is a business record that was made contemporaneously with the time of the occurrence of the deliveries described in the document by persons with knowledge of those matters, was kept and maintained in the course of regularly conducted business activity and was made and kept by FedEx as a regular practice.

4. The FedEx Delivery Record attached as Exhibit 1 lists the package associated with tracking number 777224843350 and indicates it was delivered to "RIB,"

1

which, based on my review of publicly-available information, is an acronym for the Rwanda Investigation Bureau. The signature column was left blank, but there is a stamp at the bottom of the page bearing the words "RIB SG's Office," which, based on my review of publicly-available information, is an acronym for the Rwanda Investigation Bureau Secretary General's Office. The receipt date, time, and signature are filled in with handwriting on the stamp. The receipt date corresponds with the delivery date listed on the top of the Delivery Record, and the receipt time corresponds with the time that the Delivery Record states that package 777224843350 was delivered to the Rwandan Investigative Bureau.

5. Exhibit 2 is a FedEx Shipment Information Report for the shipment associated with tracking number 777224843350. The Shipment Information Report identifies the tracking number for a given shipment, the sender, recipient, and delivery date. This Shipment Information Report is business records that was each made contemporaneously with the time of the occurrence of the delivery described in the document by persons with knowledge of those matters, was kept and maintained in the course of regularly conducted business activity and was made and kept by FedEx as a regular practice.

6. The Shipment Information Report attached as Exhibit 2 lists the sender as Cynthia Hunt at 1100 New York Avenue NW, Suite 500, in Washington, DC, and it lists the recipient as Colonel Jeannot Ruhunga at the Rwandan Investigative Bureau, KN5 Road, Kawukina, Kigali, Rwanda. The Shipment

Information Report states that this package was delivered to KN5 Road on July 5, 2022, and that it was signed for by "STAMP," meaning the recipient of the package used an official stamp to evince receipt. This is consistent with the stamp marked "RIB SG's Office" on the Delivery Record, Exhibit 1.

7. It is FedEx policy to deliver a package to the recipient location designated on the air waybill.

Respectfully submitted,

Date: July 21, 2022

*Tracy Chapell* (signature)
Tracy Chapell
3620 Hacks Cross Road, Bldg B, 3rd Floor
Memphis, TN 38125
Tracy.Chapell@fedex.com
901-434-8462

# **EXHIBIT 1**



**FedEx Express**

I hereby certify that all information contained on this Delivery Record is accurate and correct, I also understand the applicable policies and procedures for completion of these company document. Falsification is a serious offense and ground for immediate termination.

Employee Name: Gulamy
Employee ID:
DD|MM|YY  Le 5-7-2022

| Package Tracking number | Recipient name | Recipient Address | No of Boxes/Doc | Time | Phone number | Signature |
|---|---|---|---|---|---|---|
| 274804463170 | MR FAISAL AFTAB | NYARUGENGE | 1 | 14:59 | 0783152614 | |
| 777224843350 | RIB | GASABO | 1 | 15:22 | | |
| 274703891491 | COMPASSION | GASABO | 1 | 15:22 | | |
| TNT509234505 | MULTILINES | GASABO | 1 | 15:33 | 0785561333 | |
| 274961021311 | LIBERINKA AURORE | GASABO | 1 | 16:04 | 0788627589 | |
| 274908465847 | MATTHEW RUGAMBA | GASABO | 1 | 16:24 | 0388424041 | |
| 27un83913537 | KARIMA TABET | GASABO | 1 | 16:34 | 0788874466 | |
| 560600261426 | BATHSHEBA OKWENTE | GASABO | 1 | 16:45 | 679700376 | |
| | | | 1 | 16:56 | 0789358817 | |

CEPTIONS- Describe below all exceptions that require clarification. Be certain to indicate e number.

CEIVED IN GOOD DER EXCEPT AS TEL lain;

Undeliverable pieces;

No. of pieces that have not received POD

Ex M-0206A REV 6/03 138206 WSC

**RIB SG'S Office**
Receipt Date 05/7/2022
Time 15:30 hrs
Signature

# **EXHIBIT 2**



## Shipment Information Report

Track Number and Date Range

**Tracking Number:** 777224843350

### Package Details

| Ship Date | Form Code | Service Base | Service Area | Special Handling Codes | Pickup Courier | Pickup Status | Pickup Location | Destination Location |
|---|---|---|---|---|---|---|---|---|
| 06/29/2022 | 0430 | 01 | PM | 02 | 0003611019 | | WASA | KGLA |

### Shipper

| Name | Company | Address | Customer Number | Reference Number |
|---|---|---|---|---|
| CYNTHIA HUNT | | 1100 NEW YORK AVE NW STE 500W<br>SUITE 500<br>WASHINGTON, DC, 20005<br>US | 783054833 | 10930.001 |

### Recipient

| Name | Company | Address | Customer Number | Bill-to Number |
|---|---|---|---|---|
| COLONEL JEANNOT RUHUNGA | RWANDAN INVESTIGATIVE BUREAU | KN5 ROAD<br><br>KAMUKINA, KIGALI, ,<br>RW | | 783054833 |

### Delivery

| Timestamp | Location | Address | Status Code | Courier | Route |
|---|---|---|---|---|---|
| 07/05/2022 14:43:00 | 01 | KN5 ROAD | | 0003622543 | 999 |

### Signature

| Signature release on file? | Device ID | Seconds | Signed For By | Signature Image |
|---|---|---|---|---|
| No | | | STAMP | |

[SPOD Letter]

Last run on: Jul 13, 2022 12:07 PM