UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PAUL RUSESABAGINA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: 22-00469 (RJL) |
| v. | ) ) ) | |
| THE REPUBLIC OF RWANDA, *et al.*, | ) ) | |
| Defendants. | ) ) | |

### [Proposed] Order

Upon consideration of Plaintiffs' motion for an extension of deadlines related to the pending Defendant Paul Kagame's Motion to Dismiss (Dkt. 25) and Defendants Johnston Busingye's, Joseph Nzabamwita's, and Jeannot Ruhunga's Motion to Dismiss (Dkt. 29) and good cause shown, it is hereby

**ORDERED** that:

Plaintiffs' Motion is granted and the deadline to file their Opposition to the Defendant Paul Kagame's Motion to Dismiss (Dkt. 25) and Defendants Johnston Busingye's, Joseph Nzabamwita's, and Jeannot Ruhunga's Motion to Dismiss (Dkt. 29) is extended thirty days to September 8, 2022, and Rwanda's Reply is extended an extra 15 days to September 30, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE