# **<u>Exhibit A</u>**



United States Department of State

Washington, D.C. 20520

www.state.gov

May 6, 2022

To Whom It May Concern:

This letter serves to summarize facts known by or reported to the U.S. Department of State concerning the Rwandan government's wrongful detention of U.S. Lawful Permanent Resident Paul Rusesabagina.

Pursuant to the Robert Levinson Hostage Recovery and Hostage-taking Accountability Act, Section 302(c) of the Consolidated Appropriations Act, 2021, Public Law 116-260, the U.S. Department of State has determined the government of Rwanda has wrongfully detained U.S. Lawful Permanent Resident Paul Rusesabagina. He was arrested on August 31, 2020, and has been detained in Rwanda since that time. He is currently held in Mageragere Prison, Kigali. Since his arrest, Mr. Rusesabagina has been unable to travel, freely communicate, or complete documentation necessary to manage his personal affairs. The U.S. Department of State has been engaged on Mr. Rusesabagina's case throughout and remains committed to assuring his welfare and securing his release.

If you have any questions, please contact Jennifer Harkins at the U.S. Department of State's Office of the Special Presidential Envoy for Hostage Affairs at 202-485-2128 or by email at HarkinsJ@State.gov.

Sincerely,

Roger D. Carstens

Special Presidential Envoy for Hostage Affairs