IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL RUSESABAGINA, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE REPUBLIC OF RWANDA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 22-00469 (RJL) |

**[PROPOSED] ORDER DENYING DEFENDANT THE REPUBLIC OF RWANDA'S MOTION TO DISMISS THE AMENDED COMPLAINT**

Upon consideration of the briefs submitted by the parties in connection with the Republic of Rwanda's motion to dismiss the Amended Complaint , it is on this _____ day of_____, 2022, hereby

ORDERED, that Defendant's Motion be, and the same is, hereby DENIED.

It is so ORDERED.

_____
The Honorable Richard J. Leon
United States District Judge