UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL RUSESABAGINA, *et al*., <br><br>Plaintiffs, <br><br>-against- <br><br>THE REPUBLIC OF RWANDA, *et al*., <br><br>Defendants. | Civil Action No.: 22-00469 (RJL) <br><br><br> **REPLY DECLARATION OF EMMANUEL UGIRASHEBUJA IN SUPPORT OF THE GOVERNMENT OF RWANDA'S MOTION TO DISMISS** |

Emmanuel Ugirashebuja declares as follows:

1.    I am the Minister of Justice and Attorney General of the Republic of Rwanda. I am a citizen of and live in the Republic of Rwanda ("Rwanda"). I have served as Minister of Justice and Attorney General since September 22, 2021. Immediately prior to my current role, I served as President of the East African Court of Justice from 2014 to 2020. Based upon my service as Minister of Justice and Attorney General of Rwanda and knowledge of the Government of the Republic of Rwanda, I have personal knowledge of the facts set forth in this declaration, except as to those facts stated upon information and belief, and as to those facts, I believe them to be true.

2.    I have read the amended complaint dated May 31, 2022 (the "Amended Complaint"), filed by the Plaintiffs, and I respectfully submit this reply declaration in support of Rwanda's motion to dismiss the Amended Complaint on the basis of lack of subject matter jurisdiction, lack of personal jurisdiction, the act of state doctrine, and for failure to state a claim on which relief can be granted.

3.    The Amended Complaint makes many allegations about defendants Ambassador

1

AFDOCS/26105122.3

Johnston Busingye, Colonel Jeannot Ruhunga, and Major General Joseph Nzabamwita's performance of their official duties and conduct in which they allegedly engaged in their official capacities as high officers of the Rwandan Government.

4.      Ambassador Busingye is currently Rwanda's High Commissioner to the United Kingdom, Non Resident Ambassador to Ireland, and Non Resident High Commissioner to Malta. From May 24, 2013, until September 22, 2021, Ambassador Busingye served as the Minister of Justice and Attorney General of the Republic of Rwanda, immediately prior to my appointment.

5.      The Minister of Justice and Attorney General of Rwanda has oversight responsibility over the Ministry of Justice, which in turn ultimately oversees the Rwandan Investigation Bureau ("RIB"), which arrested Paul Rusesabagina in Rwanda; and the National Public Prosecution Authority of the Republic of Rwanda ("NPPA"), the Rwandan prosecutorial authority that prosecuted Paul Rusesabagina for serious violations of the Rwandan Penal Code.

6.      Ambassador Busingye is a citizen of Rwanda and currently lives in London in connection with his official duties as Rwanda's High Commissioner to the United Kingdom.

7.      From May 24, 2013, until September 22, 2021, while he was Minister of Justice and Attorney General, Ambassador Busingye lived in Rwanda.

8.      From May 24, 2013 until September 22, 2021, Ambassador Busingye performed his official duties as Minister of Justice and Attorney General of Rwanda within the borders of Rwanda and, upon information and belief, did not travel to the United States for any purpose related to the arrest, prosecution, or incarceration of Paul Rusesabagina.

9.      Colonel Ruhunga has served as the Secretary General of the RIB from April 9, 2018 to the present.

10.      The Secretary General of the RIB has oversight responsibility over the RIB,

2

including its Counter Terrorism Division, which is responsible for preventing and investigating acts of terrorism that are planned or carried out in Rwandan territory.

11.     Colonel Ruhunga is a citizen of Rwanda.

12.     From April 9, 2018, to the present, Colonel Ruhunga has lived in Rwanda.

13.     From April 9, 2018, to the present, Colonel Ruhunga performed his official duties as director of the RIB within the borders of Rwanda and, upon information and belief, did not travel to the United States for any purpose related to the arrest, prosecution, or incarceration of Paul Rusesabagina.

14.     Major General Nzabamwita has served as the Secretary General of the National Intelligence and Security Services ("NISS") of the Republic of Rwanda from March 22, 2016, to the present.

15.     The Secretary General of the NISS has oversight responsibility over the NISS, including its counterterrorism operations.

16.     Major General Nzabamwita is a citizen of Rwanda.

17.     From March 22, 2016 to the present Major General Nzabamwita has lived in Rwanda.

18.     From March 22, 2016 to the present, Major General Nzabamwita performed his official duties as Secretary General of the NISS within the borders of Rwanda and, upon information and belief, did not travel to the United States for any purpose related to the arrest, prosecution, or incarceration of Paul Rusesabagina.

19.     No Rwandan government agent has travelled to the United States or taken any action within the United States related to the arrest, prosecution, conviction or incarceration of Paul Rusesabagina.

20.     No Rwandan government agent has ever made any offer of employment of any kind to Paul Rusesabagina or travelled to the United States in connection with any particular commercial transaction or course of commercial conduct concerning or related to Paul Rusesabagina, or the other Plaintiffs listed in the Amended Complaint.

21.     The Ministry of Justice, RNP, RIB, NPPA, and NISS never made any offer of employment of any kind to Paul Rusesabagina and have not taken any action in the United States in connection with any commercial transaction or course of commercial conduct concerning or related to Paul Rusesabagina, or the other Plaintiffs listed in the Amended Complaint.

22.     The Ministry of Justice, RNP, RIB, NPPA, and NISS never performed any action in the United States in connection with the arrest, prosecution, or incarceration of Paul Rusesabagina, or any action in the United States concerning or related in any way to Paul Rusesabagina, or the other Plaintiffs listed in the Amended Complaint.

23.     The Ministry of Justice, RNP, RIB, NPPA, and NISS perform their functions within the borders of Rwanda.

24.     The Ministry of Justice, RNP, RIB, NPPA, and NISS do not presently maintain, and have never maintained, a telephone listing or post office box in the United States.

25.     The Ministry of Justice, RNP, RIB, NPPA, and NISS do not presently own, lease, possess, or maintain any real or personal property in the United States, and have never owned, leased, possessed, or maintained any real or personal property in the United States.

26.     The Ministry of Justice, RNP, RIB, NPPA, and NISS do not presently own, lease, or maintain an office or place of business in the United States, and have never owned, leased, or maintained an office or place of business in the United States.

27.     The Ministry of Justice, RNP, RIB, NPPA, and NISS do not presently own or

4

maintain any bank or savings and loan accounts in the United States, and have never maintained any bank or savings and loan accounts in the United States.

28.     The Ministry of Justice, RNP, RIB, NPPA, and NISS do not presently maintain any files in the United States, and have never maintained any files in the United States.

29.     All of the files relating to the arrest, prosecution, conviction and incarceration of plaintiff Paul Rusesabagina are maintained in Kigali, Rwanda.

30.     Based on my knowledge of the Rwandan Government, if the Secretary General of the RIB, Secretary General of the NISS or Minister of Justice and Attorney General were ever to travel outside of Rwanda, they would do so using a duly-issued diplomatic passport.

31.     Whenever I travel outside of Rwanda, I do so in a diplomatic capacity and pursuant to a duly-issued diplomatic passport.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of August, 2022 at Kigali, Rwanda.

Digitally signed by MINIJUST(The Minister of Justice)

_____
Emmanuel Ugirashebuja