IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL RUSESABAGINA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 22-469 (RJL) |
| ) | |
| v. ) | |
| ) | |
| THE REPUBLIC OF RWANDA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**<u>AFFIDAVIT OF SERVICE OF DEFENDANT JOHNSTON BUSINGYE</u>**

I, Nicholas J. Jacques, hereby certify under penalty of perjury, this 7th day of September, that:

1. I am an attorney licensed to practice in the District of Colombia. I represent the Plaintiffs in the above-caption matter.

2. Defendant Johnston Busingye was served via international priority mail at his place of business in London, England, United Kingdom, pursuant to Federal Rule of Civil Procedure 4(f)(1).

3. Rule 4(f)(1) states that an individual may be served abroad "by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents."

4. The United Kingdom is a member of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters ("the Hague Convention"). The United Kingdom has not objected to Article 10 of the Hague Convention, which authorizes service via postal channels.

5. England and Wales Civil Procedure Rule 6.3(1)(b) further states that a claim may be served by first class mail.

6. On June 29, 2022, a Clerk of this Court sent a copy of the Summons, Dkt. 21, and Amended Complaint, Dkt, 17, to Johnston Busingye at the Rwandan High Commission, 120-122 Seymour Pl., London W1H 1NR, United Kingdom, pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) via FedEx waybill number 777224733026. *See* Dkt. 24-3. Exhibit A is a true and correct copy of the tracking information for waybill 777224733026, downloaded from Fedex.com.

7. On July 4, 2022, FedEx notified my office that it had attempted to deliver the service package to Busingye at the Rwandan High Commission in London, but the package had been "[r]efused by recipient." Ex. A.

8. On July 8, 2022, I directed a member of my law firm's staff to ship a second package via FedEx containing a copy of the Summons and Amended Complaint to Busingye at the Rwandan High Commission in London. The waybill number for this second package is 777337955533. Exhibit B is a true and correct copy of the FedEx shipping label for waybill 777337955533. Exhibit C is a true and correct copy of the tracking information for waybill 777337955533, downloaded from FedEx.com.

9. On July 11, 2022, FedEx notified my office that it had attempted to deliver the service package to Busingye at the Rwandan High Commission in London, but it was unable because "[c]ustomer not available or business closed." Ex. C.

10. On June 30, 2022, I directed a member of my law firm's staff to send via USPS International Priority Mail a copy of the Summons and Amended Complaint to

Busingye at the Rwandan High Commission in London, and I received confirmation that the Summons and First Amended Complaint had been so mailed. Exhibit D is an image of the envelope that was sent via international priority mail.

11. On July 25, 2022, USPS returned the envelope to my law firm's office. Someone using black pen had scribbled over the address, wrote "Send Away," and drew an arrow pointing towards my law firm's return address. This handwriting was not present on the envelope when it was placed in the mail on June 30. *See* Ex. D. Exhibit E is an image of the front of the envelope as it was returned to my law firm.

12. Upon further inspection, I discovered that the envelope appeared to have been opened and resealed using scotch tape. Exhibit F is an image of the scotch tape on the back of the envelope. I showed the returned envelope to the member of my law firm's staff who prepared it and placed it in the mail on June 30, and he confirmed that he did not use scotch tape to seal the envelope.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct to the best of my knowledge.

September 7, 2022

*/s/ Nicholas J. Jacques*
Nicholas J. Jacques