(https://www.fedex.com/en-us/home.html) 

**FedEx® Tracking**

**SCHEDULED DELIVERY DATE**
# Pending

 ON TIME

**DELIVERY STATUS**
 Delivery exception ❗

✉ Get Status Updates

**TRACKING ID**
777224733026 ✏ ☆

**FROM**
WASHINGTON, DC US

*Label Created*
6/24/2022 1:47 PM

**PACKAGE RECEIVED BY FEDEX**
WASHINGTON, DC
6/29/2022 6:54 PM

**DELIVERY EXCEPTION**
HORNSEY GB
7/14/2022 11:27 PM

**OUT FOR DELIVERY**
HORNSEY GB
7/4/2022 6:40 AM

**TO**
LONDON, LO GB

*SCHEDULED DELIVERY DATE*
Pending

↓ View travel history

## Alerts (2)   ⌃

⚠ Unable to deliver shipment, returned to shipper
Recommended action: No action is required. The package is being returned to the shipper.

ⓘ No scheduled delivery date available at this time.

Check For Delivery Options (https://www.fedex.com/en-us/home.html) 

## Shipment facts

 Shipment overview

**TRACKING NUMBER**
777224733026

**SHIPPER REFERENCE**
10930.001

**SHIP DATE**
6/29/22

**STANDARD TRANSIT**
7/1/22 before 12:00 pm

**SCHEDULED DELIVERY**
Pending

### Services

**SERVICE**
International Priority

**TERMS**
Shipper

**SPECIAL HANDLING SECTION**
Deliver Weekday

### Package details

**WEIGHT**
1 lbs / 0.45 kgs

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
1 lbs / 0.45 kgs

**PACKAGING**
FedEx Envelope

↑ Back to top

(https://www.fedex.com/en-us/home.html)

# Travel history

**SORT BY DATE/TIME**
Ascending

**TIME ZONE**
Local Scan Time

Friday, 6/24/2022

- 1:47 PM
  **Shipment information sent to FedEx**

- 2:00 PM
  **Shipment cancelled by sender**

Wednesday, 6/29/2022

- 6:54 PM
  **Picked up**
  WASHINGTON, DC

- 9:13 PM
  **Left FedEx origin facility**
  WASHINGTON, DC

- 11:34 PM
  **Arrived at FedEx hub**
  MEMPHIS, TN

Thursday, 6/30/2022                         (https://www.fedex.com/en-
                                            us/home.html)

- 12:51 AM [corrected: 12:52 AM]
  **In transit**
  MEMPHIS, TN

- 5:03 AM
  **Departed FedEx hub**
  MEMPHIS, TN

- 5:10 AM
  **In transit**
  MEMPHIS, TN

- 5:27 AM
  **In transit**
  MEMPHIS, TN

- 6:46 PM
  **Arrived at FedEx hub**
  STANSTED GB

- 8:27 PM
  **International shipment release - Import**
  STANSTED GB

- 8:27 PM
  **In transit**
  **Package available for clearance**
  STANSTED GB

- 11:30 PM
  **Departed FedEx hub**
  STANSTED GB

Friday, 7/1/2022

- 12:51 AM
  **Arrived at FedEx hub**
  RIDGMONT GB

- 2:44 AM
  **Operational Delay**
  RIDGMONT GB

- 8:20 PM
  **In transit**
  RIDGMONT GB

Saturday, 7/2/2022

- 4:51 AM
  **At local FedEx facility**
  HORNSEY GB

Monday, 7/4/2022 (https://www.fedex.com/en-us/home.html)

- 6:40 AM
  **On FedEx vehicle for delivery**
  HORNSEY GB

- 11:49 AM
  **Delay**
  **Shipment Refused by recipient.**
  HORNSEY GB

- 3:18 PM
  **At local FedEx facility**
  HORNSEY GB

Tuesday, 7/5/2022

- 1:34 AM
  **At local FedEx facility**
  HORNSEY GB

- 9:08 AM
  **At local FedEx facility**
  HORNSEY GB

- 9:19 AM
  **Operational Delay**
  **Incorrect address - Street name/number**
  HORNSEY GB

- 10:18 PM
  **At local FedEx facility**
  HORNSEY GB

Wednesday, 7/6/2022

- 11:32 PM
  **At local FedEx facility**
  HORNSEY GB

Thursday, 7/7/2022

- 11:55 PM
  **At local FedEx facility**
  HORNSEY GB

Saturday, 7/9/2022

- 12:16 AM
  **At local FedEx facility**
  HORNSEY GB

Monday, 7/11/2022                    (https://www.fedex.com/en-
                                     us/home.html)
- 1:36 AM
  **At local FedEx facility**
  HORNSEY GB

Tuesday, 7/12/2022

- 11:51 PM
  **At local FedEx facility**
  HORNSEY GB

Wednesday, 7/13/2022

- 11:35 PM
  **At local FedEx facility**
  HORNSEY GB

Thursday, 7/14/2022

- 11:27 PM
  **At local FedEx facility**
  HORNSEY GB

Friday, 7/15/2022

- 9:09 AM
  **Returning package to shipper**
  **Return tracking number**   275734693406
  HORNSEY GB

Saturday, 7/16/2022

- 12:22 PM
  **At local FedEx facility**
  STANSTED GB

Monday, 7/18/2022

- 4:59 PM
  **At local FedEx facility**
  STANSTED GB

Tuesday, 7/19/2022

- 4:09 PM
  **At local FedEx facility**
  STANSTED GB

Wednesday, 7/20/2022

 1:29 PM
Returning package to shipper
Return tracking number   275734693406
STANSTED GB

(https://www.fedex.com/en-us/home.html)

↑ Back to top

## OUR COMPANY

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

## MORE FROM FEDEX

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

## LANGUAGE

🌐  Change Country/Territory(https://www.fedex.com/?location=home)

FOLLOW FEDEX   ✉ (https://www.fedex.com/en-us/email.html)   f (Https://www.facebook.com/FedEx/)
🐦 (Https://twitter.com/fedex)   📷 (https://www.instagram.com/fedex/)   in (https://www.linkedin.com/company/fedex)
▶ (https://www.youtube.com/fedex)   P (https://www.pinterest.com/FedEx/)

© FedEx 1995-2022

Site Map (https://www.fedex.com/en-us/sitemap.html) | Terms of Use (https://www.fedex.com/en-us/terms-of-use.html) | Privacy & Security (https://www.fedex.com/en-us/trust-center.html)