(https://www.fedex.com/en-us/home.html)



FedEx® Tracking

**SCHEDULED DELIVERY DATE**

# Pending

 ON TIME

**DELIVERY STATUS**

## Delivery exception ❗

✉ Get Status Updates

**TRACKING ID**

777337955533 ✏ ☆

**FROM**
WASHINGTON, DC US

*Label Created*
7/8/2022 11:42 AM

**PACKAGE RECEIVED BY FEDEX**
WASHINGTON, DC
7/8/2022 6:09 PM

**DELIVERY EXCEPTION**
HORNSEY GB
7/12/2022 11:51 PM

**OUT FOR DELIVERY**
HORNSEY GB
7/11/2022 7:00 AM

**TO**
LONDON, LO GB

*SCHEDULED DELIVERY DATE*
Pending

↓ View travel history

---

## Alerts (2)                                                                                      ︿

⚠ Unable to deliver shipment, returned to shipper
Recommended action: No action is required. The package is being returned to the shipper.

ⓘ   No scheduled delivery date available at this time.

---

Check For Delivery Options (https://www.fedex.com/en-us/home.html)  ⌄

# Shipment facts

##  Shipment overview

**TRACKING NUMBER**

777337955533

**DOOR TAG NUMBER**

DT105808775120

**SHIPPER REFERENCE**

10930-001

**SHIP DATE** ⑦

7/8/22

**STANDARD TRANSIT** ⑦

7/11/22 before 12:00 pm

**SCHEDULED DELIVERY**

Pending

##  Services

**SERVICE**

International Priority

**TERMS**

Shipper

**SPECIAL HANDLING SECTION**

Deliver Weekday

## 🛍 Package details

**WEIGHT**

1 lbs / 0.45 kgs

**TOTAL PIECES**

1

**TOTAL SHIPMENT WEIGHT**

1 lbs / 0.45 kgs

**PACKAGING**

FedEx Pak

(https://www.fedex.com/en-
us/home.html)

↑ Back to top

## Travel history

**SORT BY DATE/TIME**
Ascending                                                                      ⌄

**TIME ZONE**
Local Scan Time                                                                ⌄

Friday, 7/8/2022

- 11:42 AM
  **Shipment information sent to FedEx**

- 6:09 PM
  **Picked up**
  WASHINGTON, DC

- 8:55 PM
  **Left FedEx origin facility**
  WASHINGTON, DC

- 11:51 PM
  **Arrived at FedEx hub**
  MEMPHIS, TN

Detailed Tracking

Saturday, 7/9/2022

(https://www.fedex.com/en-
us/home.html)

- 12:45 AM
  **In transit**
  MEMPHIS, TN

- 5:18 AM
  **Departed FedEx hub**
  MEMPHIS, TN

- 6:24 AM
  **In transit**
  MEMPHIS, TN

- 6:53 PM
  **Arrived at FedEx hub**
  STANSTED GB

- 9:15 PM
  **International shipment release - Import**
  STANSTED GB

- 9:15 PM
  **In transit**
  **Package available for clearance**
  STANSTED GB

Sunday, 7/10/2022

- 12:31 AM
  **In transit**
  STANSTED GB

- 9:42 AM
  **Departed FedEx hub**
  STANSTED GB

- 8:36 PM
  **In transit**
  RIDGMONT GB

Monday, 7/11/2022

(https://www.fedex.com/en-us/home.html)

- 2:13 AM
  **At local FedEx facility**
  HORNSEY GB

- 7:00 AM
  **On FedEx vehicle for delivery**
  HORNSEY GB

- 11:08 AM
  **Delay**
  **Customer not available or business closed.**
  HORNSEY GB

- 11:38 PM
  **At local FedEx facility**
  HORNSEY GB

Tuesday, 7/12/2022

- 11:51 PM
  **At local FedEx facility**
  HORNSEY GB

Wednesday, 7/13/2022

- 5:52 PM
  **Returning package to shipper**
  **Return tracking number** 275582225680
  HORNSEY GB

Thursday, 7/14/2022

- 4:08 PM
  **At local FedEx facility**
  STANSTED GB

Friday, 7/15/2022

- 4:01 PM
  **Returning package to shipper**
  **Return tracking number** 275582225680
  STANSTED GB

↑ Back to top

**OUR COMPANY** (https://www.fedex.com/en-us/home.html)

About FedEx(https://www.fedex.com/en-us/about.html)

Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)

Investor Relations(https://investors.fedex.com/home/default.aspx)

Careers(https://careers.fedex.com/fedex/)

FedEx Blog(https://www.fedex.com/en-us/blog.html)

Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)

Newsroom(https://newsroom.fedex.com/)

Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)

FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)

FedEx Logistics(https://www.fedex.com/en-us/logistics.html)

FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)

ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX** (https://www.fedex.com/en-us/email.html)   (Https://www.facebook.com/FedEx/)

(Https://twitter.com/fedex)   (https://www.instagram.com/fedex/)   (https://www.linkedin.com/company/fedex)

(https://www.youtube.com/fedex)   (https://www.pinterest.com/FedEx/)

© FedEx 1995-2022

Site Map (https://www.fedex.com/en-us/s temap.html)   Terms of Use (https://www.fedex.com/en-us/terms-of-use.html)   Privacy & Security (https://www.fedex.com/en-us/trust-center.html)