COHEN

1100 New York Ave. N.W., Fifth Floor
Washington, D.C. 20005





**Priority International Mail**

Commissioner Johnston Busingye
Rwandan High Commission
120-122 Seymour Pl,
London W1H 1NR
United Kingdom