Case 1:22-cv-00469-RJL   Document 33-6   Filed 09/07/22   Page 1 of 1</->

