# Exhibit 1

From: "Cryan, Michael S." <michael.cryan@afslaw.com>
Date: May 11, 2022 at 12:57:43 PM EDT
To: Ed Macallister <emacallister@perleslaw.com>
Cc: "Dykens, Andrew" <andrew.dykens@afslaw.com>, "Prosper, Pierre-Richard" <pierre.prosper@afslaw.com>
Subject: RE: 22-cv-00469-RJL RUSESABAGINA et al v. REPUBLIC OF RWANDA

Privileged and confidential communication.

Ed, thank you for your email.

Re your time to respond to the motion, that is no problem provided we enter into a stipulation setting for a briefing schedule. We would like 28 days on the reply.

It is premature to hold a Rule 26 conference as no answer has yet been filed and a significant number of defendants have not yet answered. We can mention this in the stipulation.

Finally, we are not authorized to accept service of process for any defendant.

**Michael S. Cryan**
PARTNER | ARENTFOX SCHIFF LLP
(HE/HIM/HIS)

michael.cryan@afslaw.com | 617.973.6142 | 212.484.3929 **DIRECT**
Bio | My LinkedIn | Subscribe
800 Boylston Street, 32nd Floor, Boston, MA 02199
1301 Avenue of the Americas, 42nd Floor, New York, NY 10019



From: Ed Macallister <emacallister@perleslaw.com>
Sent: Wednesday, May 11, 2022 12:14 PM
To: Cryan, Michael S. <Michael.Cryan@arentfox.com>
Subject: 22-cv-00469-RJL RUSESABAGINA et al v. REPUBLIC OF RWANDA

Privileged and confidential communication.

Michael:

Good afternoon, I write on behalf of the plaintiffs in the above-captioned case. Will you agree to an extension to respond to the motion to dismiss? On the basis of prior obligations in other cases, we request 45 days to respond (June 23), vs the 14 days granted by the local rules. If agreeable, we can draft a consent motion but please let us know how much time you would like for your reply.

Also, we suggest the week of May 30 for the FRCP 26(f) conference, are you available that week?

Finally, will you accept service on behalf of the co-defendants?

Thank you.

Edward


Edward Brian MacAllister
Perles Law Firm, PC
816 Connecticut Avenue, NW
12th Floor
Washington DC 20006
www.perleslaw.com

This email and attachments are privileged and confidential and are protected by the attorney-client and other applicable privileges and are intended solely for the use of the addressee. If you are not the intended recipient you hereby are notified that any use, dissemination, distribution, forwarding, printing or copying of this communication is strictly prohibited. If you have received this email in error, please delete the email and attachments and contact us immediately via return email. Thank you.

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distr bute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

This email and attachments are privileged and confidential and are protected by the attorney-client and other applicable privileges and are intended solely for the use of the addressee. If you are not the intended recipient you hereby are notified that any use, dissemination, distribution, forwarding, printing or copying of this communication is strictly prohibited. If you have received this email in error, please delete the email and attachments and contact us immediately via return email. Thank you.

This email and attachments are privileged and confidential and are protected by the attorney-client and other applicable privileges and are intended solely for the use of the addressee. If you are not the intended recipient you hereby are notified that any use, dissemination, distribution, forwarding, printing or copying of this communication is strictly prohibited. If you have received this email in error, please delete the email and attachments and contact us immediately via return email. Thank you.