# Exhibit 2

| | |
|---|---|
| **From:** | Cryan, Michael S. <michael.cryan@afslaw.com> |
| **Sent:** | Monday, August 22, 2022 10:02 AM |
| **To:** | Ed Macallister |
| **Cc:** | Dykens, Andrew; Prosper, Pierre-Richard; Agnieszka M. Fryszman; Nicholas Jacques; Emily Amick; Brady Eaves; Clark, Kaila D.; Hitt, Jack; Feighery, Timothy J. |
| **Subject:** | [EXTERNAL] RE: 22-cv-00469-RJL RUSESABAGINA et al v. REPUBLIC OF RWANDA et al |

Ed, we find your email below to be improper and we disagree with your email in its entirety, including but not limited to the statements below that plaintiffs have effectuated valid service on the four individual defendants, and that plaintiffs are somehow seeking to avoid a waste of the Court's time and efforts. We reserve all rights and remedies.



**Michael S. Cryan**
PARTNER | ARENTFOX SCHIFF LLP
(HE/HIM/HIS)

michael.cryan@afslaw.com | 617.973.6142 | 212.484.3929 **DIRECT**

Bio | My LinkedIn | Subscribe

800 Boylston Street, 32nd Floor, Boston, MA 02199
1301 Avenue of the Americas, 42nd Floor, New York, NY 10019

**From:** Ed Macallister <emacallister@perleslaw.com>
**Sent:** Thursday, August 18, 2022 8:56 AM
**To:** Cryan, Michael S. <Michael.Cryan@arentfox.com>
**Cc:** Dykens, Andrew <Andrew.Dykens@arentfox.com>; Prosper, Pierre-Richard <Pierre.Prosper@arentfox.com>; Agnieszka M. Fryszman <AFryszman@cohenmilstein.com>; Nicholas Jacques <NJacques@cohenmilstein.com>; Emily Amick <eamick@perleslaw.com>; Brady Eaves <brady@eaveslawmail.com>; Clark, Kaila D. <Kaila.Clark@arentfox.com>; Hitt, Jack <Jack.Hitt@arentfox.com>
**Subject:** RE: 22-cv-00469-RJL RUSESABAGINA et al v. REPUBLIC OF RWANDA et al

Privileged and confidential communication.

Michael, good morning. In view of the challenge raised by your clients (the defendant individuals) to the alleged insufficiency of service, we request that you either provide what they would deem as a suitable residential address for service of process or accept service yourself as their counsel, to avoid a waste of the court's time and efforts in the adjudication of a FRCP 4(f)(3) motion.

For the avoidance of any doubt, Plaintiffs have valid service on the four defendant individuals, the above-request is merely an attempt to save the parties time and the court's resources.

Best,

Ed

Edward Brian MacAllister
Perles Law Firm, PC
816 Connecticut Avenue, NW
12th Floor

Washington DC 20006
[www.perleslaw.com](www.perleslaw.com)

This email and attachments are privileged and confidential and are protected by the attorney-client and other applicable privileges and are intended solely for the use of the addressee. If you are not the intended recipient you hereby are notified that any use, dissemination, distribution, forwarding, printing or copying of this communication is strictly prohibited. If you have received this email in error, please delete the email and attachments and contact us immediately via return email. Thank you.

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distr bute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.