IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL RUSESABAGINA, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 22-00469 (RJL) |
| v. | ) |
| THE REPUBLIC OF RWANDA, *et al.*, | ) |
| Defendants. | ) |

**[PROPOSED] ORDER DENYING DEFENDANTS JOHNSTON BUSINGYE'S, JOSEPH NZABAMWITA'S, AND JEANNOT RUHUNGA'S MOTION TO DISMISS THE AMENDED COMPLAINT**

Upon consideration of the briefs submitted by the parties in connection with Defendants Johnston Businiye's, Joseph Nzabamwita's, Jeannot Ruhunga's Motion to Dismiss the Amended Complaint, it is on this _____ day of _____, 2022, hereby

ORDERED, that Defendants' Motion be, and the same is, hereby DENIED.

It is so ORDERED.

_____
The Honorable Richard J. Leon
United States District Judge