IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL RUSESABAGINA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>THE REPUBLIC OF RWANDA, *et al.*,<br><br>    Defendants. | Civil Action No. 22-00469 (RJL) |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S NEW ARGUMENTS OR, ALTERNATIVELY, FOR LEAVE TO FILE SUR-REPLY

Upon consideration of the briefs submitted by the parties in connection with Plaintiffs' Motion, it is on this ____ day of_____, 2022, hereby

ORDERED, that Plaintiffs' Motion be, and the same is, hereby GRANTED:

____ Defendant Rwanda's two new arguments raised for the first time in its Reply shall be stricken;

OR

____ Plaintiffs shall have fifteen days to file a sur-reply on the two issues identified in their motion.

It is so ORDERED.

                                                                                 _____
                                                                                 The Honorable Richard J. Leon
                                                                                 United States District Judge