UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL RUSESABAGINA, *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>THE REPUBLIC OF RWANDA, *et al.*,<br><br>Defendants. | Civil Action No.: 22-00469 (RJL) |

### [PROPOSED] ORDER

Having considered the Motion to Strike filed by Plaintiffs, the Opposition of Defendant Republic of Rwanda, and any Reply filed in support by Plaintiffs, and for good cause shown, it is hereby

ORDERED that the Motion to Strike is hereby DENIED.

SO ORDERED

Date: _____, 2022

_____
Hon. Richard J. Leon
United States District Judge